JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH SMITH,<br><br>        Plaintiff,<br><br>  v.<br><br>NORTH HOLLYWOOD<br>MENTAL HEALTH, et al.,<br><br>        Defendants. | Case No. ED CV 20-02327 MCS<br>(RAO)<br><br><br>**JUDGMENT** |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed.

DATED:  November 24, 2020

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE